IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID HOFFMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:17-CV-299 |
| v. ) | |
| ) | |
| THE RECEIVABLE MANAGEMENT ) | |
| SERVICES CORPORATION ) | |
| ) | |
| and ) | |
| ) | |
| DOES 1-4, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED to by and between Plaintiff DAVID HOFFMAN and Defendants THE RECEIVABLE MANAGEMENT SERVICES CORPORATION, through their respective attorneys, that the above-captioned action, shall be and is hereby dismissed with prejudice with each party to bear their own fees and costs.

| | |
|---|---|
| */s/ Nathan D. Sturycz (with consent)* | */s/ James M. Brodzik* |
| Mr. Nathan E. Sturycz | James M. Brodizik |
| 100 N. Main St., Suite 11 | Hinshaw & Culbertson LLP |
| Edwardsville, IL 62025 | 521 West Main St., Suite 300 |
| (866) 831-3100, ext. 101 | Belleville, IL 62220 |
| Nathan@mainstreet-law.com | P: 618-277-2400 |
| *Attorney for Plaintiff* | F: 618-277-1144 |
| | jbrodzik@hinshawlaw.com |
| | *Attorneys for Defendant The Receivable Services Corporation* |

2

## CERTIFICATE OF SERVICE

    I hereby certify that on  January 22 , 2018, I electronically filed the **STIPULATION FOR DISMISSAL** with the Clerk of the Court using the CM/ECF system which will send notification to all parties of record.

                                                 /s/ James M. Brodzik

301061093V1 0997428