IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID HOFFMAN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 17-CV-299-NJR-DGW ) |
| THE RECEIVABLE MANAGEMENT SERVICES CORPORATION and DOES 1-4, | ) ) ) ) |
| Defendants. | ) ) |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Stipulation for Dismissal filed on January 22, 2018, the action is **DISMISSED with prejudice**.

    DATED: January 23, 2018

                                            JUSTINE FLANAGAN, Acting Clerk

                                            By: s/ Deana Brinkley
                                                 Deputy Clerk

    APPROVED: s/ Nancy J. Rosenstengel
                    NANCY J. ROSENSTENGEL
                    United States District Judge